**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

July 14, 2008

BY HAND

Honorable Gerard E. Lynch
United States District Judge
United States Courthouse
500 Pearl Street, Room 910
New York, New York 10007-1312

ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/21/08

     Re:  <u>Lewis Hahn  v. Astrue</u>
          08 CV 4261 (GEL)

Dear Judge Lynch:

       This Office represents the Commissioner of Social Security, defendant in this action.  I write respectfully to request an extension of defendant's time to file an answer or move with respect to the complaint.

       After one previous extension request was granted, the answer is due tomorrow, July 15, 2008.  I have not yet completed my review of the administrative record.  Accordingly, I respectfully request that <u>the time in which to answer or move with respect to the complaint be extended</u> by thirty days, <u>to August 14, 2008</u>.  Plaintiff has kindly consented to this request.   ] ✳

       Thank you for your consideration of this matter.

                   Respectfully,

                   MICHAEL J. GARCIA
                   United States Attorney

         By:   *Susan C. Branagan*

                   SUSAN C. BRANAGAN
                   Assistant United States Attorney
                   Telephone: (212) 637-2804
                   Fax: (212) 637-2750

cc:  Barry I. Weiss, Esq.

✳SO ORDERED

*Gerard E. Lynch*
GERARD E. LYNCH, U.S.D.J.
7/21/08