UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
                                          :
LEWIS HAHN,                               :
                                          :   **BRIEFING SCHEDULE**
                Plaintiff,                :
                                          :
        - v. -                            :   08 Civ. 4261(GEL)
                                          :
MICHAEL J. ASTRUE,                        :
Commissioner of Social Security,          :
                                          :
                Defendant.                :
- - - - - - - - - - - - - - - - - - - - - x

8/12/08

Plaintiff having filed his complaint on May 5, 2008 and Defendant having been ordered to file his answer to the complaint on or before August 14, 2008,

IT IS HEREBY ORDERED that:

1. Defendant's motion for judgment on the pleadings shall be served and filed on or before October 3, 2008;

2. Plaintiff's response to the motion and any cross-motion shall be served and filed on or before November 5, 2008, 2008; and

3. Defendant's reply shall be served and filed on or before November 19, 2008.

SO ORDERED:

_____
United States District Judge
8/12/08